

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Phillip Dean Galindo,                    * From the 161st District Court
                                          of Ector County,
                                          Trial Court No. B-19-0080-CR.

Vs. No. 11-22-00136-CR                   * August 30, 2024

The State of Texas,                      * Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate the trial court's original Order of Deferred Adjudication as well as the subsequent Judgment Adjudicating Guilt, and we remand this cause to the trial court for further proceedings consistent with this opinion.